**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Boris** | **Kendall** | **Ferguson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern** | District of | **Pennsylvania** |
| Case number (if known) | **25-10575** | | |

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** **American Heritage Federal Credit Union** | Last 4 digits of account number  **0 9 0 0** | **$194.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**2060 Red Lion Rd**

Number          Street

**Philadelphia, PA 19115-1603**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**          **6/1/2010**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

Debtor 1    **Boris**      **Kendall**      **Ferguson**

First Name      Middle Name      Last Name      Case number *(if known)* **25-10575**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
| --- | --- |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.2**   **Navient**          Last 4 digits of account number    **0  2  2  0**      **$8,372.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**          When was the debt incurred?     **2/1/2009**

**PO Box 9635**

Number      Street          **As of the date you file, the claim is:** Check all that apply.

**Wilkes Barre, PA 18773-9635**      ☐ Contingent

City      State      ZIP Code      ☐ Unliquidated

         ☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only          **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only          ☑ Student loans

☐ Debtor 1 and Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another        priority claims

☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts

         ☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.3**   **Navient**          Last 4 digits of account number    **0  6  2  0**      **$8,309.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**          When was the debt incurred?     **6/1/2008**

**PO Box 9635**

Number      Street          **As of the date you file, the claim is:** Check all that apply.

**Wilkes Barre, PA 18773-9635**      ☐ Contingent

City      State      ZIP Code      ☐ Unliquidated

         ☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only          **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only          ☑ Student loans

☐ Debtor 1 and Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another        priority claims

☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts

         ☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| Debtor 1 | **Boris** | **Kendall** | **Ferguson** | Case number *(if known)* | **25-10575** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.4** **Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number              Street

**Wilkes Barre, PA 18773-9635**
City              State              ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    0    2    2    0          **$7,821.00**

When was the debt incurred?          **2/1/2009**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**4.5** **Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number              Street

**Wilkes Barre, PA 18773-9635**
City              State              ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    0    5    2    6          **$6,317.00**

When was the debt incurred?          **5/1/2004**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

Debtor 1   **Boris**          **Kendall**          **Ferguson**

|  | First Name | Middle Name | Last Name | Case number (if known) __25-10575__ |

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.6**   **Navient**   | Last 4 digits of account number   **0   1   1   0** | **$6,196.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**   | When was the debt incurred?   **1/1/2005**

**PO Box 9635**

Number          Street   | **As of the date you file, the claim is:** Check all that apply.

**Wilkes Barre, PA 18773-9635**

City          State          ZIP Code   |
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.   | **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only   | ☑ Student loans
☐ Debtor 2 only   | ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only   |   priority claims
☐ At least one of the debtors and another   | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   | ☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.7**   **Navient**   | Last 4 digits of account number   **0   6   2   0** | **$5,227.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**   | When was the debt incurred?   **6/1/2008**

**PO Box 9635**

Number          Street   | **As of the date you file, the claim is:** Check all that apply.

**Wilkes Barre, PA 18773-9635**

City          State          ZIP Code   |
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.   | **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only   | ☑ Student loans
☐ Debtor 2 only   | ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only   |   priority claims
☐ At least one of the debtors and another   | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   | ☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor 1 | **Boris** | **Kendall** | | |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | **Ferguson** | Case number *(if known)* **25-10575** |
| | | | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.8**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number          Street

**Wilkes Barre, PA 18773-9635**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  7  0  2**          **$5,173.00**

When was the debt incurred?          **7/1/2009**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.9**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number          Street

**Wilkes Barre, PA 18773-9635**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  7  0  9**          **$3,962.00**

When was the debt incurred?          **7/1/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

| Debtor 1 | **Boris** | **Kendall** | **Ferguson** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-10575__

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.10**  **Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number                Street

**Wilkes Barre, PA 18773-9635**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0    1    1    0**

When was the debt incurred?    __1/1/2005__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$3,274.00**

---

**4.11**  **SLM Private Education Loan Trust**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**11100 Usa Pkwy Ste M150**
Number                Street

**Fishers, IN 46037-9264**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Private Student Loan

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Student Loans**

**$43,138.39**

---

Debtor 1    **Boris**              **Kendall**                **Ferguson**
            First Name          Middle Name            Last Name                Case number *(if known)* __25-10575__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                       Total claim

| 4.12 | **Wells Fargo Bank NA** | Last 4 digits of account number    9   4   7   7 | $738.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**                                        When was the debt incurred?        __5/1/2012__

**1 Home Campus MAC X2303-01A 3rd Floor**
Number            Street                                    **As of the date you file, the claim is:** Check all that apply.

**Des Moines, IA 50328**                                    ☐ Contingent
City                    State                ZIP Code       ☐ Unliquidated
                                                            ☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only                                             **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                             ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another                       priority claims
☐ **Check if this claim is for a community debt**           ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            ☑ Other. Specify   **CreditCard**
**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Boris** | **Kendall** | **Ferguson** | Case number *(if known)* __25-10575__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.**

| | | | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

| | | | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$54,651.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$44,070.39** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$98,721.39** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Boris** | **Kendall** | **Ferguson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Pennsylvania** | |
| Case number (if known) | **25-10575** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Boris Kendall Ferguson**

Boris Kendall Ferguson, Debtor 1

Date **03/04/2025**
MM/ DD/ YYYY