United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10575-amc |
| Boris Kendall Ferguson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: 155 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boris Kendall Ferguson, 4044 Parkside Avenue, Philadelphia, PA 19104-1019 |
| 14978113 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14981489 | + | MOHELA on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14978123 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14978125 | | SLM Private Education Loan Trust, Attn: Bankruptcy, 11100 Usa Pkwy Ste M150, Fishers, IN 46037-9264 |
| 14978127 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15009501 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2025 00:20:49 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15009805 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2025 00:20:30 | Aidvantage on behalf of Dept of Ed Loan Services, PO BOX 4450, Portland OR 97208-4450 |
| 14978112 | + | Email/Text: jvalencia@amhfcu.org | Jul 31 2025 00:15:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14978114 | | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14978115 | | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:15:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14978116 | | Email/Text: mrdiscen@discover.com | Jul 31 2025 00:15:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15030677 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 31 2025 00:15:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14978117 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2025 00:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14978118 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 31 2025 00:20:31 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14990853 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 00:32:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14982751 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 31 2025 00:32:25 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14978119 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2025 00:20:30 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14978120 | | Email/Text: fesbank@attorneygeneral.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 155 | Total Noticed: 25 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 14978121 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2025 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| | | Jul 31 2025 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14978122 | ^ MEBN | Jul 31 2025 00:14:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14978124 | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:15:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14978126 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 31 2025 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14978128 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 31 2025 00:33:28 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14978129 | ^ MEBN | Jul 31 2025 00:13:49 | Weltman Weinberg & Reis Co. LPA, 520 Walnut St Ste 1355, Philadelphia, PA 19106-3602 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15030691 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15030692 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Boris Kendall Ferguson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Boris Kendall Ferguson                 Case No. 25−10575−amc

   Debtor(s).                              Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 29, 2025                                                      For The Court

                                                                                     Ashely M. Chan  
                                                                                     Chief Judge, United States Bankruptcy Court